UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

JAMES C. FAULK,

          Plaintiff,

-vs-                                            Case No.  5:04-cv-485-Oc-10GRJ

BRIAN CASE d/b/a Central Florida Lawn
Care,

          Defendant.
_____/

## **O R D E R**

This unpaid wages case is before the Court for consideration of the Plaintiff's Motion for Entry of Default Judgment (Doc. 31).  The Defendant has failed to plead or otherwise defend this action as required by the Federal Rules of Civil Procedure, and the claim against the Defendant is for a sum certain as established by the exhibits attached to the Plaintiff's motion.  See Fed.R.Civ.P. 55(b).  In addition, default was entered against the Defendant on May 2, 2005 (Doc. 30).

Accordingly, upon due consideration, the Plaintiff's Motion for Entry of Default Judgment (Doc. 31) is GRANTED, and the Clerk is directed to enter judgment for the Plaintiff and against the Defendant as follows:

    (1) $453.20 representing the Plaintiff's unpaid wages;

    (2) $453.20 representing the Plaintiff's liquidated damages; and

    (3) $3,518.00 representing the Plaintiff's reasonable attorney's fees and costs.

Upon the entry of judgment, the Clerk is directed to terminate any pending motions and close the file.

IT IS SO ORDERED.

DONE and ORDERED at Ocala, Florida this 6th day of February, 2006.

_____
UNITED STATES DISTRICT JUDGE

Copies to:   Counsel of Record
             Maurya McSheehy